ALLEN HYMAN, ESQ. (CBN: 73371)
LAW OFFICES OF ALLEN HYMAN
10737 Riverside Drive
North Hollywood, California 91602
P: (818) 763-6289 or (323) 877-3405
F: (818) 763-4676
Email: lawoffah@aol.com

Attorneys for Plaintiff,
LARIN CORPORATION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

LARIN CORPORATION,

                    Plaintiff,

     v.

ALLTRADE, INC., a California
corporation; ALLTRADE TOOLS,
LLC, a California limited
liability company; ANDRE
LIVIAN, an individual,

                    Defendants.

Case No. CV 06-1394 ODW (OPx)

NOTICE OF MOTION AND MOTION TO
COMPEL FURTHER RESPONSES AND
DOCUMENTS WITH REGARD TO
PLAINTIFF'S SECOND SET OF
REQUESTS FOR PRODUCTION OF
DOCUMENTS TO DEFENDANT ALLTRADE
TOOLS, LLC; AND FOR SANCTIONS

Motion To Compel
Date:  December 4, 2007
Time:  9:30 a.m.
Place: Courtroom 3, the Honorable
       U.S. District Court Judge
       Oswald Parada, Presiding

DISCOVERY CUTOFF
DATE: February 4, 2008

PRETRIAL CONFERENCE
DATE: March 24, 2008

TRIAL
DATE: April 22, 2008

///
///
///
///

S:\PC7\LARIN CORP\NTCMTN2-111107.wpd

1    TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2    PLEASE TAKE NOTICE THAT on Tuesday, December 4, 2007, at

3    9:30 a.m., or as soon thereafter as this motion may be heard, in

4    Courtroom 3 of the U.S. District Court for the Central District of

5    California, located at 3470 Twelfth Street, Riverside, California

6    92501, plaintiff Larin Corporation ("LARIN") will move, and by this

7    Notice does move, the Court for an Order that:

8    1.   Defendant Alltrade Tools, LLC ("ATT") immediately

9    produce all documents, and provide supplemental responses, to

10   plaintiff LARIN's Second Set of Requests for Production of

11   Documents; and

12   2.   Monetary sanctions be imposed upon defendant ATT and

13   defendant ATT's counsel in the amount of $3,750.00.

14   This motion is made pursuant to FRCP Rules 26, 33, 34,

15   and 37 of the Federal Rules of Civil Procedure and Central District

16   Local Rule 37-2 on the grounds that defendant ATT has failed to

17   comply with its discovery obligations by unjustifiably withholding

18   information and documents responsive to plaintiff LARIN's Second

19   Set of Requests for Production.

20                    **Pre-Filing Conference of Counsel**

21                              **Local Rule 37-1**

22   On October 31, 2007, counsel for LARIN and ATT met and

23   conferred pursuant to Local Rule 37-1 with regard to the

24   defendant's responses to LARIN's Second Set of Requests for

25   Production of Documents.

26   ///

27   ///

28   ///

1         This motion is based upon this Notice of Motion and

2 Motion, the declaration of Allen Hyman, the Joint Stipulation and

3 the pleadings filed in this action, and upon such other evidence

4 and argument as may be presented prior to or at the time of the

5 hearing on this matter.

6

7                                      Respectfully submitted,

8                                      LAW OFFICES OF ALLEN HYMAN

9

10 DATED: November 12, 2007       By: _____

11                                      Allen Hyman, Esq.
                                     Attorneys for Plaintiff

12                                      LARIN CORPORATION

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## PROOF OF SERVICE

2  STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

3        I am employed in the County of Los Angeles, State of
   California.  I am over the age of 18 and not a party to the within
4  action.  My business address is 10737 Riverside Drive, North
   Hollywood, California 91602.

5

        On November 13, 2007, I served the foregoing document
6  described as **NOTICE OF MOTION AND MOTION TO COMPEL FURTHER
   RESPONSES AND DOCUMENTS WITH REGARD TO PLAINTIFF'S SECOND SET OF
7  REQUESTS FOR PRODUCTION OF DOCUMENTS TO DEFENDANT ALLTRADE TOOLS,
   LLC; AND FOR SANCTIONS** on the parties in this action by placing a
8  copy thereof enclosed in a sealed envelope addressed as follows:

9                  **PLEASE SEE ATTACHED SERVICE LIST**

10 [ ]    (BY MAIL) to the addressees as indicated on the attached
           Service List, as follows:  I am "readily familiar" with the
11         firm's practice of collection and processing of
           correspondence for mailing.  Under that practice, it would
12         be deposited with the U.S. postal service on that same day
           with postage thereon fully prepaid at North Hollywood,
13         California in the ordinary course of business.  I am aware
           that on motion of the party served, service is presumed
14         invalid if postage cancellation date or postage meter date
           is more than one day after the date of deposit for mailing
15         in affidavit.

16 [X]    (BY PERSONAL SERVICE) I caused such envelope to be delivered
           by hand to the addressee as indicated on the attached
17         service list.

18 [ ]    (BY FACSIMILE) I sent such document via facsimile to
           the offices of the addressees as indicated on the attached
19         service list.

20 [ ]    (BY OVERNIGHT MAIL SERVICE)  I caused such document to be
           delivered via Overnight Mail to the addressees as indicated
21         on the attached service list.

22 [ ]    (STATE)  I declare that I am employed in the office of a
           member of the Bar of this Court at whose direction the
23         service was made.

24 [X]    (FEDERAL)  I declare that I am employed in the office of a
           member of the Bar of this Court at whose direction the
25         service was made.

26 Executed on November 13, 2007, at North Hollywood, California.

27

28                  Rory P. Rentmeester
                    Rory P. Rentmeester

PC-10:C:\Documents and Settings\Rory Rentmeester\Desktop\CASES\Larin\Proof of Service.wpd

1

**<u>SERVICE LIST</u>**

2

3    Seong H. Kim, Esq.
     Dylan Ruga, Esq.
     Steptoe & Johnson, LLP
4    2121 Avenue of the Stars, Suite 2800
     Los Angeles, CA   90067
5    T: (310) 734-3232
     F: (310) 734-3231
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28