Seong H. Kim, State Bar No. 166604
Dylan Ruga, State Bar No. 235969
STEPTOE & JOHNSON LLP
2121 Avenue of the Stars, Suite 2800
Los Angeles, CA 90067-5052
Telephone: (310) 734-3200
Facsimile: (310) 734-3300
Email: skim@steptoe.com
Email: druga@steptoe.com

Attorneys for Defendants and Counter-Claimants ALLTRADE TOOLS LLC (erroneously sued as "ALLTRADE TOOLS, LLC"), ALLTRADE INC. (erroneously sued as "ALLTRADE, INC."), and ANDRE LIVIAN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARIN CORPORATION,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>ALLTRADE, INC., a California corporation; ALLTRADE TOOLS, LLC, a California limited liability company; ANDRE LIVIAN, an individual,<br><br>　　　　Defendants. | Case No.: EDCV06-1394 ODW (OPx)<br><br>**DECLARATION OF DYLAN RUGA IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT** |
| ALLTRADE TOOLS LLC, a California limited liability company,<br><br>　　　　Counter-Claimant,<br><br>　　vs.<br><br>LARIN CORPORATION, a California corporation,<br><br>　　　　Counter-Defendant. | |

1  I, Dylan Ruga, declare as follows:

3  1.  I am an attorney at law licensed to practice before the State of California and before this Court. I am an associate with the law firm of Steptoe & Johnson LLP, attorneys of record for Alltrade, Inc., Alltrade Tools, LLC, and Andre Livian (collectively, "Defendants"). I have personal knowledge of the matters stated herein, except where stated on information and belief, and if called as a witness, I would and could competently testify thereto.

2.  A true and correct copy of the Complaint filed in this matter is attached hereto as Exhibit A.

3.  I deposed Larin Corporation's president, Allen Zhang ("Mr. Zhang"). A true and correct copy of excerpts from the deposition of Allen Zhang is attached hereto as Exhibit B.

4.  Exhibit 108 was introduced into evidence during the deposition of Mr. Zhang. A true and correct copy of Exhibit 108 is attached hereto as Exhibit C.

5.  Exhibit 110 was introduced into evidence during the deposition of Mr. Zhang. A true and correct copy of Exhibit 108 is attached hereto as Exhibit D.

6.  Exhibit 111 was introduced into evidence during the deposition of Mr. Zhang. A true and correct copy of Exhibit 108 is attached hereto as Exhibit E.

7.  I deposed Larin Corporation's former accounting manager, Helen Lee ("Ms. Lee"). A true and correct copy of excerpts from the deposition of Helen Lee is attached hereto as Exhibit F.

8.  Alltrade Tools LLC's managing member, Andre Livian ("Mr. Livian") was deposed by Larin Corporation's counsel. A true and correct copy of excerpts from the deposition of Mr. Livian is attached hereto as Exhibit G.

9.  Alltrade Tools LLC's director of sales for Business Unit 1, David Potts ("Mr. Potts") was deposed by Larin Corporation's counsel. A true and correct copy of excerpts from the deposition of Mr. Potts is attached hereto as Exhibit H.

RUGA DECL. IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

10. Alltrade Tools LLC's vice president of sales and marketing in Business Unit 1, Don Hart ("Mr. Hart") was deposed by Larin Corporation's counsel. A true and correct copy of excerpts from the deposition of Mr. Hart is attached hereto as Exhibit I.

11. On October 30, 2007, the parties submitted a Joint Stipulation to the Court in connection with a discovery dispute. A true and correct copy of an excerpt from the Joint Stipulation is attached hereto as Exhibit J.

12. A true and correct copy of Mr. Livian's responses to Larin's first set of interrogatories is attached hereto as Exhibit K.

13. A true and correct copy of Allrade Tools LLC's responses to Larin's first set of interrogatories is attached hereto as Exhibit L.

14. On December 22, 2007, I sent a letter to Larin's counsel and asked them to voluntarily dismiss Alltrade Inc. and Mr. Livian from this lawsuit. A true and correct copy of my letter is attached hereto as Exhibit M.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed on January 17, 2008.

_____
Dylan Ruga