# EXHIBIT A

# ORIGINAL

1  ALLEN HYMAN, ESQ. (CBN: 73371)
   CHRISTINE COVERDALE, ESQ. (CBN: 195635)
2  LAW OFFICES OF ALLEN HYMAN
   10737 Riverside Drive
3  North Hollywood, California 91602
   P: (818) 763-6289 or (323) 877-3405
4  F: (818) 763-4676
   Email: lawoffah@aol.com
5
   Attorneys for Plaintiff:
6  LARIN CORPORATION

7

8                    UNITED STATES DISTRICT COURT

9           FOR THE CENTRAL DISTRICT OF CALIFORNIA

10

11                                    VAP (OPx)

12  LARIN CORPORATION,              )  Case No.
                                    )
13             Plaintiff,           )  COMPLAINT FOR:
                                    )
14        v.                        )  (1) FEDERAL UNFAIR COMPETITION
                                    )      VIOLATION OF THE LANHAM ACT
15  ALLTRADE, INC., a California    )      SECTION 43(a);
    corporation; ALLTRADE TOOLS,    )
16  LLC, a California limited       )  (2) COMMON LAW UNFAIR
    liability company; ANDRE        )      COMPETITION; AND
17  LIVIAN, an individual,          )
                                    )  (3) VIOLATION OF CALIFORNIA
18             Defendants.          )      BUSINESS & PROFESSIONS CODE
                                    )      §§ 17200 AND 17500
19  _____ )
                                       (DEMAND FOR JURY TRIAL)
20

21

22        Plaintiff Larin Corporation ("LARIN") alleges in its

23  complaint as follows:

24  ///

25  ///

26  ///

27  ///

28  ///

S:\PC3\LARIN CORPORATION\COMPLAINT.121406.wpd                -1-

I.

## First Claim For Relief

### (Federal Unfair Competition)

### (Against All Defendants)

### Jurisdiction

1.   LARIN asserts as its first claim, Federal Unfair Competition (Section 43(a) of the Lanham Act), 15 U.S.C. 1125(a). Federal court subject matter jurisdiction is provided by 28 U.S.C. 1338(b), New West Corporation v. NYM Company of California, Inc., 595 F.2d, 1194, 1198 (9th Cir. 1979), "Jurisdiction of the district court was based upon 15 U.S.C. 1121 and an alleged violation of § 43 of the Lanham Act."  Id. at 1198.  Pursuant to 28 U.S.C. 1367, this court has supplemental jurisdiction over plaintiff LARIN's two (2) additional state law claims for common law, and statutory unfair competition.

2.   Title 15 U.S.C. 1125(a) provides in part:

> "...any person "...in connection with any goods or services, or any container for goods, uses in commerce any word, term, name, symbol, or device or any combination ... which ... is likely to cause confusion, or to cause mistake, or to deceive as to the affiliation, or connection, or association of such person with another person, or as to origin, (or) sponsorship ... shall be liable in a civil action by any person who believes that he or she is or is likely to be caused damages by such act."  (Emphasis added)

### The Parties

3.   Plaintiff LARIN is a July 20, 1989 California corporation, which principal place of business is located at 2029 Business Parkway, Ontario, California 91761.

///

1        4.   Defendant Alltrade, Inc., ("ALLTRADE-INC."), is a
2  March 13, 1979 California corporation, which principal place of
3  business is located at 1431 Via Plata, Long Beach, California
4  90801.

5        5.   Defendant Alltrade Tools, LLC (ALLTRADE-LLC), is a
6  May 24, 2005 California limited liability company, which principal
7  place of business is located at 1431 Via Plata, Long Beach,
8  California 90801.

9        6.   Defendant Andre Livian ("LIVIAN") is on information
10  and belief, an officer and director of defendants ALLTRADE-INC.,
11  and ALLTRADE-LLC.  Plaintiff LARIN asserts that defendant LIVIAN
12  directed and supervised the acts of unfair competition alleged in
13  this complaint.

14        7.   Plaintiff LARIN collectively refers to the three (3)
15  defendants: (1)  ALLTRADE-INC.; (2) ALLTRADE-LLC; and (3) LIVIAN as
16  "DEFENDANTS."

17        8.   Plaintiff LARIN asserts on information and belief,
18  that in committing the acts of unfair competition alleged in this
19  complaint, that each of the DEFENDANTS acted as either the agent
20  of, or was the principal of each of the other DEFENDANTS, and that
21  each of the three (3) DEFENDANTS is therefore responsible for the
22  unlawful acts as alleged, under the doctrine of respondient
23  superior.

24        9.   Plaintiff LARIN may seek leave to add as additional
25  defendants, if discovery discloses their participation in the
26  unlawful acts alleged, two (2) entities not presently named as
27  defendants: (a) Alltrade Holdings LLC, ("ALLTRADE-HOLLC"), a May
28  20, 2002 California limited liability company located at 1421 Via

1  Plata, Long Beach, California; and (b) Dodum Export Limited
2  ("DODUM"), a July 1, 2003 California corporation, which principal
3  place of business is located at "10/F, 924-926 Cheung Sha Wan Road,
4  Lawloon, Hong Kong, whose agent of service of process is defendant
5  LIVIAN.

6              **Nature Of Plaintiff LARIN**

7       10.  Plaintiff LARIN manufactures and sells a variety of
8  products including: lifting equipment ("jacks"); lighting
9  equipment; ATV/Motorcycle jacks; towing accessories; tools; and
10  other devices, including the "pneumatic stool" which advertising
11  and promotion is the subject of this complaint (a copy of the home
12  web page of plaintiff LARIN, with a photograph of the LARIN
13  building in Ontario, California, is attached to this complaint as
14  Exhibit No. 1).

15      11.  During 2001 and 2002, LARIN at considerable cost and
16  expense, designed, and in 2002, LARIN commenced to manufacture and
17  sell to retailers in the United States in interstate commerce a
18  product LARIN identified, and presently identifies as the "LARIN
19  Pneumatic Garage Seat" or "Garage Stool," and which at times has
20  been advertised, during 2002 to the present, as the "LARIN
21  Pneumatic Biker Seat."  Photographs of the LARIN "Seat" is attached
22  to this complaint as Exhibit No. 2.  Three (3) 2003 to 2005
23  photograph advertisements of the "LARIN Pneumatic Biker Seat" are
24  attached to this complaint as Exhibit No. 3.

25            **The LARIN Sales Box (Container)**

26      12.  From the commencement of its sales in 2002, to the
27  date of filing this complaint, December 15, 2006, LARIN has
28  packaged, and continues to package its "LARIN" "Garage Seat" or

S:\PC3\LARIN CORPORATION\COMPLAINT.121406.wpd          -4-

1  "stool" sold by LARIN to retailers in the identical LARIN

2  individual boxes (containers), in which boxes the retailer takes

3  delivery, and resells the LARIN stool in the LARIN unopened box

4  (container).  The LARIN box (container) is 22" x 22" x 24," and has

5  a bluish grey background color (side-view photograph of LARIN 2002

6  to present box is attached as Exhibit No. 4).

7         13.  From the commencement of LARIN's sales in 2002, and

8  continuing to the present, LARIN has sold its "LARIN" stool in the

9  identical LARIN designed box (container) with the identical

10 photographic advertisements and coloring on each LARIN box.

11        14.  The LARIN container (six (6) sided box), includes

12 four (4) identical color photographs depicted on two (2) sides of

13 the box (Exhibit Nos. 4 and 5, and on the top of the box, Exhibit

14 No. 6) which photographs are set against a bluish grey background

15 color and which four (4) photographs depicts the LARIN stool used

16 by:

17             (1)  "A man facing a motorcycle repairing a motorcycle

18 (Exhibit Nos. 4, 5, and 6 upper left);"

19             (2)  "Two men engaged in automobile repair (Exhibit Nos.

20 4, 5 and 6, lower left);"

21             (3)  "A man in front of an automobile located on a home

22 garage driveway engaged in automobile repair (Exhibit Nos. 4, 5 and

23 6, upper right);" and

24             (4)  "Two (2) women in a social club setting (Exhibit

25 Nos. 4, 5 and 6, lower right)."

26        15.  On the two (2) sides of the LARIN box with the four

27 (4) color photographs (Exhibit Nos. 4 and 5), is the phrase "Ideal

28 for Garage, Home or Office."

16.   The four (4) photographs on the top of the LARIN box (Exhibit No. 6), are displayed with the LARIN seat pictured in the "high position" with a faded view of the LARIN seat in a lower position, (Exhibit No. 6, LARIN box).

17.   In 2004, among other sales, LARIN sold twenty (20) thousand of its "LARIN Pneumatic Garage Stools" in the LARIN box to the Sam's Club stores for resale.

18.   Attached to this complaint as Exhibit No. 7 is the "Sam's Club" "Holiday Gift Guide 2004," (Exhibit No. 7, page 1), identifying as advertised by Sam's Club (at Exhibit No. 7, page 2), the "LARIN Pneumatic Garage Stool" "Interchangeable feet," "Synthetic Leather seat," "Easy to Maneuver," "Chrome plated" "Can be used as a bar stool" $97.68, #761329," (Sam's Club "Holiday Gift Guide," 2004, Exhibit No. 7, Page 2).

19.   In 2005, "Sam"s Club," notified plaintiff LARIN that the LARIN stool sold very well, and that Sam's Club had sold all of the 20,000 LARIN units, within several weeks that Sam's Club had purchased from LARIN.

20.   During 2002 to the date of this complaint, LARIN has sold its "LARIN STOOL" in the same container (Exhibit Nos. 4, 5 and 6) at wholesale to other retail entities.

### 2006 Communications Between LARIN and Sam's Club

21.   In May, 2005, LARIN attended a Sam's Club buyer's meeting in China, where Sam's Club placed an order for 25,000 LARIN stool units to be delivered by LARIN in the United States in 2005 by plaintiff LARIN to Sam's Club stores.

22.   In June, 2005, after placing its order, representatives of Sam's Club requested that LARIN lower its

1 | wholesale price of the LARIN stool to Sam's Club, to an amount
2 | which LARIN did not agree. In June, 2005, Sam's Club then canceled
3 | Sam's Club's previous May, 2005 order for the 25,000 units of the
4 | LARIN "stool."

5 | **Defendant ALLTRADE**

6 |     23. Similar to plaintiff LARIN, the ALLTRADE DEFENDANTS
7 | also manufacture and sell: (a) lift equipment, and (b) compressors,
8 | power tools, hand tools and auto accessories (ALLTRADE's website,
9 | is attached as Exhibit No. 8, which includes a photograph of the
10 | ALLTRADE building in Long Beach, California).

11 |     24. In 2006, ALLTRADE copied the design of the LARIN
12 | "stool" and manufactured upwards of 50,000 duplicates of the LARIN
13 | "stool," in exact appearance, but in lower quality. In about July,
14 | August or September, 2006, DEFENDANTS sold in the United States
15 | 50,000 units of the ALLTRADE duplicated LARIN "stool" units to
16 | Sam's Club, in individual ALLTRADE boxes (container) which Sam's
17 | Club then sold the ALLTRADE stools at retail in the ALLTRADE boxes
18 | through Sam's Club's stores.

19 |     25. In October, 2006, advertisement of the DEFENDANTS
20 | ALLTRADE motorcycle stool commenced appearing on E-Bay (Exhibit No.
21 | 9, four (4) pages, which depict the ALLTRADE stool with highly
22 | similar advertisement pictures as on the LARIN box) (LARIN box,
23 | photographs on Exhibit No. 4 as compared to Exhibit No. 9, pages 2,
24 | 3 and 4 as used on the LARIN box sold during 2002 to the present,
25 | Exhibit Nos. 4, 5 and 6).

26 |     26. As LARIN has undertaken since 2002, ALLTRADE also
27 | sold ALLTRADE stools at wholesale in self-contained boxes
28 | (containers) which the retailer Sam's Club and others then resold

1 the ALLTRADE stool in the unopened ALLTRADE boxes provided by

2 ALLTRADE.

3 **The October 2006 ALLTRADE Product And Container**

4 **Acts of Federal (15 U.S.C. 1125 (a)), Common Law and State Law**

5 **(California Business and Professions Code §§ 15200 and 15500)**

6 **Unfair Competition**

7 27.  The ALLTRADE DEFENDANTS committed acts of federal

8 unfair competition (section 43(a) of the Lanham Act), by selling

9 the ALLTRADE stools in boxes (containers), which advertising

10 including specific photographs, colors and design on the ALLTRADE

11 DEFENDANTS' box (container) are identical to and in fact copies of

12 the content of the LARIN advertising, photographic composition and

13 color on the LARIN boxes, therefore, rendering it likely that the

14 ultimate consumer (purchaser) of the ALLTRADE stool would likely be

15 "confused, mislead, or deceived" as to the source or origin of the

16 DEFENDANTS' ALLTRADE "stool" product with that of plaintiff LARIN

17 previously sold (2002-2006) stools, which had been marketed and

18 sold in the LARIN containers in the same retail outlets since 2002.

19 28.  ALLTRADE's 2006 container (box) in which ALLTRADE

20 advertises, markets and sells ALLTRADE's "stools," which retailers

21 including Sam's Club resold in 2006, at retail and online in the

22 ALLTRADE container had affixed the identical coloring and identical

23 photographic composition advertising and other similar

24 identifications as LARIN had utilized on LARIN's box advertisement

25 (containers) since inception of the LARIN sales in 2002.

26 29.  The ALLTRADE box (container) measures 21 ½" x 21 ½"

27 x 14 (a side view photograph of the ALLTRADE box is attached to

28 this complaint as Exhibit No. 10).

30.   The ALLTRADE box (container) has the identical bluish grey color background (photographs attached to this complaint as Exhibit Nos. 10, 11 and 12) as the previously sold LARIN container (Exhibit Nos. 4, 5 and 6) and the ALLTRADE container includes only four (4) photographs identical in specific subject matter, (Exhibit Nos. 10, 11 and 12) as the four (4) photographs on the LARIN box (container) (Exhibit Nos. 4, 5 and 6).

31.   The six (6) side ALLTRADE box includes two (2) sides with the four (4) highly similar color photographs, (Exhibit Nos. 10 and 11) and the top of the ALLTRADE box (Exhibit No. 12) includes two (2) similar color photographs, which are identical in context to the LARIN container, photographs (Exhibit Nos. 4, 5 and 6) which depict a person seated on the ALLTRADE stool:

(1)   "Engaged in "repair" of a motorcycle facing the motorcycle tank (Exhibit Nos. 10 and 11, right lower photograph);"

(2)   "A man in the front of an automobile on a garage driveway repairing the front of an automobile (Exhibit Nos. 10 and 11, right upper photograph);"

(3)   "A man in what appears to be the driveway engaged in a repair of an automobile (Exhibit Nos. 10 and 11, left lower photograph);" and

(4)   "Two (2) women in what appears to be a social club setting (Exhibit Nos. 10 and 11, upper left photograph)."   (In the ALLTRADE photograph, of the two (2) women on the ALLTRADE stool in a social club setting, the ALLTRADE photograph advertisement pictures five (5) ALLTRADE stools, only two of which have the "optional backrest," with three stools pictured without the backrest, which are identical in design to the LARIN seat).

1    32.   The ALLTRADE box (Exhibit Nos. 10, 11, and 12) has

2  the identical blue-grey background and shading as the LARIN box

3  (Exhibit Nos. 4, 5 and 6) and includes the phrase: "Great for

4  Garage, Game Room and Workshop," (Exhibit Nos. 10, 11 and 12),

5  similar to LARIN's (Exhibit Nos. 4 and 5), "Ideal for Garage, Home

6  or Office."

7                    **Features Advertised On The LARIN Containers**

8    33.   The LARIN box (container) against the blue-grey

9  background with the LARIN "stool" (side view, Exhibit No. 13)

10  identifies six (6) features (photograph, Exhibit No. 13):

11          (1)   "Pneumatic Adjustable Seat Height from 21" to 31;"

12          (2)   "Heavy Duty Chrome Plated Base with Footrest;"

13          (3)   "Five (5) Heavy Duty Caster Wheels for Easy

14  Maneuverability;"

15          (4)   "360 (degrees) Swivel Movement;"

16          (5)   "Synthetic Leather Motorcycle Seat;" and

17          (6)   "Five (5) Optional Chrome Feet For Stability."

18                    **Features Listed on ALLTRADE Container**

19    34.   The ALLTRADE box (container) (side view photograph

20  attached as Exhibit No. 14) with very similar bluish grey

21  background identifies five (5) features with dots in the same print

22  and style:

23          (1)   "Seat Swivels 360 Degrees;"

24          (2)   "Pneumatic One-Man Height Adjustment;"

25          (3)   "Seat Adjusts from 21" to 31;"

26          (4)   "Sissy Bar" "Style Back Adjusts For Lumbar

27  Support;" and

28          (5)   "Realistic Motorcycle Saddle Tailored In High

S:\PC3\LARIN CORPORATION\COMPLAINT.121406.wpd          -10-

Exhibit A, Page 12

1  Quality Leatherette."

2        35.   Both the LARIN box (Exhibit No. 13, side view) and

3  the ALLTRADE box (Exhibit No. 14, picture, lower left corner)

4  depict the respective "stools" in the highest position with a faded

5  picture of the stool in a lower position.

6                        **The Brochure**

7        36.   The LARIN one (1) page brochure included in its box

8  (attached as Exhibit No. 15) identifies (among other matters):

9        (a)   "Larin Corporation," "BSBS-2" "Pneumatic Garage

10  Seat" "UPC Code: 008435125442;"

11        (b)   "Specifications;"

12        (1)   "Pneumatic Adjustable Height Ranges: 21" to 31;"

13        (2)   "Five (5) Heavy Duty Caster Wheels;"

14        (3)   "Chrome Plated Aluminum Base with Foot Rest;"

15        (4)   "Synthetic Leather Motorcycle Seat," and

16  "360 (degree) Swivel Seal Movement."

17                    **The ALLTRADE Brochure**

18        37.   The October, 2006 "ALLTRADE" "SADDLE STOOL

19  INSTRUCTION MANUAL" (attached as Exhibit No. 16) (four (4) side

20  brochure) identifies "Model #481249."

21               **Comparison Of The Two Products**

22        38.   The seat of the LARIN and ALLTRADE stools consist of

23  very similar dimensions and identical four (4) stitched elements

24  which comprises: (a) the seat; (b) the small back; (c) the side-

25  top; and (4) the rear back.

26        39.   The LARIN seat has two (2) ornaments per side, and

27  the ALLTRADE stool has one similar ornament per side.

28                 **Evidence Of Actual Confusion**

40.   A November 9, 2006 internet advertisement by "Priority Store" Austin Texas, (attached as Exhibit No. 17) is evidence of "actual confusion" in that the advertisement (Exhibit No. 17) first identifies in bold type: "LARIN (R) Pneumatic Garage Stool," and then beneath the LARIN identification, indicates for sale in non-bold type "ALLTRADE Motorcycle Saddle Stool," with a picture of the ALLTRADE stool, in the ALLTRADE box.

**The LARIN Trademark Registration On The Supplemental Register**

41.   Larin Corporation is the owner of U.S. Trademark Registration (Supplemental Register) Number 2,956,240, ('240' Registration), date of Registration, May 24, 2005 (copy of the '240' registration is attached as Exhibit No. 18).   The LARIN '240' Supplemental Registration mark identifies four (4) elements:

> "The mark consists of the curvature of the seat, the side paneling of the seat, the second inner ring on the foot rest, and the decorative vertical lines on the bottom of the post."

42.   Upon an inspection and comparison of the LARIN "seat" to the ALLTRADE "stool," it is evident that as to the four (4) elements of the LARIN '240' Registration (Exhibit No. 24):

(1)   "The curvature of the ALLTRADE seat" appears almost identical to the LARIN stool;

(2)   "The side paneling of the ALLTRADE seat" appears highly similar to the LARIN stool;

(3)   "The ALLTRADE seat has an identical "second inner ring on the foot rest as that of LARIN stool;" and

(4)   "The ALLTRADE seat has the identical "vertical lines on the bottom of the post," that part of the post under the leg stand of each respective chair, identical to that of LARIN

1  stool.

2      43.  Plaintiff presents the '240' Supplemental
3  Registration (Exhibit No. 18) for purposes of indicating LARIN's
4  efforts to protect and establish the goodwill in the LARIN product,
5  which indicates ALLTRADE's copying of non-functional elements of
6  the LARIN stool.

7      44.  The ALLTRADE "stool" (Exhibit Nos. 10, 11, 12 and
8  14) is an inferior and an intentional and deliberate copy of the
9  LARIN "seat" except for the optional back rest, (which backrest is
10  not depicted in three (3) stools in the ALLTRADE box (container)
11  (photograph, Exhibit Nos. 10 and 11).

12      45.  The ALLTRADE "stool" (includes the precise four (4)
13  elements identified in the LARIN '240' Supplemental Trademark
14  Registration.

15      46.  ALLTRADE created the ALLTRADE box (container),
16  (Exhibit Nos. 10, 11, 12 and 14) to advertise, market and sell the
17  ALLTRADE stool intentionally duplicating certain distinctive and
18  prominent advertising elements (the identical composition and
19  nature of the four (4) photographs) of the LARIN "seat," box
20  (container), (Exhibit Nos. 4, 5, 6 and 13).  The ALLTRADE box
21  (container) (Exhibit Nos. 10, 11, 12 and 14) have the same bluish
22  grey color background and identical change in the shading of the
23  bluish grey background (Exhibit Nos. 10, 11, 12 and 14) as the
24  LARIN box (container) (Exhibit Nos. 4, 5, 6 and 13).  The
25  photographs on the ALLTRADE container (Exhibit Nos. 10, 11, 12 and
26  14) are highly similar in content to the LARIN container, (Exhibit
27  Nos. 4, 5, 6 and 13) and are highly similar to other advertisement
28  elements.

**Acts Of Unfair Competition**

47.  In 2006, DEFENDANTS undertook to copy the precise design of the LARIN "stool," created an inferior product, and in 2006, packaged the DEFENDANTS' ALLTRADE "stool," in packaging (container) which was in great part identical (Exhibit Nos. 10, 11, 12 and 14) to that of plaintiff LARIN's packaging (container) (Exhibit Nos. 4, 5, 6, and 13), which LARIN had utilized to identify, market and sell LARIN's product since 2002.

48.  In 2006, DEFENDANTS then sold upwards of fifty thousand (50,000) of the ALLTRADE product in the ALLTRADE boxes (Exhibit Nos. 10, 11, 12 and 14) to Sam's Club, utilizing identical packaging containers to which LARIN had previously sold its product also to Sam's Club, knowing that DEFENDANTS' ALLTRADE "stool" (Exhibit Nos. 10, 11, 12 and 14) as sold by Sam's Club, with the photographic advertising, color and packaging of DEFENDANTS' ALLTRADE boxes identical to that of the previously packaged LARIN boxes (containers) (Exhibit Nos. 4, 5, 6 and 13) and identical to previous LARIN advertising, would likely cause confusion, mistake and deception to ultimate consumers (Sam's Club customers) as between the LARIN "stool" and the ALLTRADE "stool," and/or other consumers who would purchase the ALLTRADE product.

49.  DEFENDANTS have undertaken acts of willful and deliberate violations of the Lanham Act, Section 43(a)(1), 15 U.S.C. 1125(a)(1).

50.  DEFENDANTS intended through the use on their ALLTRADE box (container) of the bluish-grey color shadings, and contents of photographs on the ALLTRADE's box (container), (Exhibit Nos. 10, 11, 12 and 14) that the advertisements as used in

1  connection with the sale of DEFENDANTS' ALLTRADE's goods in
2  interstate commerce, or which affected interstate commerce, would
3  likely cause confusion, mistake or deceive the ultimate consumer of
4  the affiliation, connection or association of DEFENDANTS'
5  ALLTRADE's "stool" with that of plaintiff LARIN's "stool."

6          51.  DEFENDANTS' acts were intentional, in that
7  DEFENDANTS designed ALLTRADE's containers and packaging with the
8  very purpose of intending to create packaging and advertising on
9  DEFENDANTS' box (container) that was duplicative of the LARIN box
10  (Exhibit Nos. 4, 5, 6 and 13) which would likely cause confusion,
11  mistake or deceive the ultimate consumer of the affiliation,
12  connection or association of DEFENDANTS' ALLTRADE "stool" with that
13  of plaintiff LARIN's "stool."

14          52.  LARIN has been damaged in an amount to be proven at
15  trial.

16          53.  In that DEFENDANTS' ALLTRADE's intentional acts were
17  intentional, LARIN asserts that the burden of proof shifts to
18  DEFENDANTS and each of them to demonstrate that the retail
19  customers would not likely be confused, mistaken or deceived as to
20  the source or origin of DEFENDANTS' ALLTRADE product as compared to
21  plaintiff LARIN's product.

22          54.  In that DEFENDANTS' ALLTRADE's acts were intentional
23  and willful, plaintiff LARIN requests an award of treble damages
24  and attorneys' fees.

25          55.  LARIN also seeks a preliminary and permanent
26  injunction against DEFENDANTS' acts of unfair competition.
27  ///
28  ///

S:\PC3\LARIN CORPORATION\COMPLAINT.121406.wpd          -15-

1  **Second Claim for Relief**

2  **(For Common Law Unfair Competition)**

3  **(Against All Defendants)**

4    56.  Plaintiff LARIN reincorporates paragraph Nos. 1

5  through 55 as though fully set forth in this paragraph.

6    57.  DEFENDANTS' acts constitute common law unfair

7  competition.

8    58.  Plaintiff LARIN seeks damages in an amount to be

9  proved at trial.

10    59.  DEFENDANTS' acts were willful, malicious and

11  intentional, and plaintiff LARIN seeks an award of punitive

12  damages.

13  **Third Claim for Relief**

14  **(For Violation of California Business and Professions**

15  **Code §§17200 and 17500)**

16  **(Against All Defendants)**

17    60.  Plaintiff LARIN reincorporates paragraph Nos. 1

18  through 59, as though fully set forth in this paragraph.

19    61.  The acts of DEFENDANTS constitute statutory unfair

20  competition and false advertising under California Business and

21  Professions Code §§ 17200 and 17500.

22    62.  Plaintiff LARIN seeks injunctive relief.

23

24    WHEREFORE, plaintiff LARIN seeks:

25    1.  Damages according to proof;

26    2.  Treble damages and attorneys' fees under the Lanham

27  Act in that DEFENDANTS' acts were willful and intentional;

28    3.  Punitive damages on its claim for common law unfair

S:\PC3\LARIN CORPORATION\COMPLAINT.121406.wpd          -16-

Exhibit A, Page 18

1 | competition;

2 |       4.    Preliminary and Permanent Injunctive relief to

3 | prohibit further acts of unfair competition;

4 |       5.    Costs of suit; and

5 |       6.    Such other relief as the court may deem appropriate.

6 |

7 | Dated:    December 14, 2006         Respectfully submitted,

8 |                                 LAW OFFICES OF ALLEN HYMAN

10 |                      By:

11 |                               Allen Hyman
                              Attorneys for Plaintiff
                              LARIN CORPORATION

S:\PC3\LARIN CORPORATION\COMPLAINT.121406.wpd       -17-

1    **DEMAND FOR JURY TRIAL**

2          Pursuant to F.R.C.P. Rule 38 and Local Rule 38-1,

3    plaintiff LARIN requests a trial by jury.

4

5    Dated:   December 14, 2006          Respectfully submitted,

6                                        LAW OFFICES OF ALLEN HYMAN

7

8                                 By: _____

9                                        Allen Hyman
                                         Attorneys for Plaintiff
                                         LARIN CORPORATION

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

S:\PC3\LARIN CORPORATION\COMPLAINT.121406.wpd          -18-

**A Commitment To Quality and Excellence**

**LARIN** CORPORATION

Home | News | Contact Us
About Us | Products

Lift Equipment

- Home
- About Us
- News
- Products
- Contact Us

# Company Profile



_____ is a leading distributor of automotive and hardware products. Larin-brand products sell fast in retail environments because they meet the needs of both professional mechanics and do-it-yourselfers.

For 15 years, Larin Corporation has been making significant improvements in automotive and hardware equipment and offers many innovations. The company's comprehensive products span from hydraulic floor jacks to a complete line of lift equipment. Recent and very popular new products include the ATV/Motorcycle Lift, Hitch Lift ©$^{TM}$, Towing Accessories. Larin-brand products also appeal to sporting goods and recreational supply stores.

Since the late 1980s, Larin Corporation has delivered what consumers and retailers want: a great value at an affordable price. Larin-brand products are designed and tested in the USA and comply with ANSI standards. The company provides superior customer service and flexible policies to meet the needs of today's retailers.

Home   About Us   News   Products   Contact Us



**EXHIBIT**

19

1 of 1

12/14/2006 11:26 AM



20

EXHIBIT

**2**



21

isher's approval. Sizes and rates are 1 12-page, $260 (2 1/8" x 2 1/8"), 1/3 page, $400
page, $450 (vertical 2 1/8" x 9 1/2" or square, 1 5/8" x 4 5/8"), These special rates do not
nation! Call 800-323-3484 or write to General Store Advertising
-889-8740. Fax 818-889-5214 or e-mail T.Porter@PaisanoPub.com.







9.00 per month oac

Mac Corkle Avenue
Charleston, WV 25309
304-768-1600
800-766-4647
ww.wvharley.com
.unlimited@verizon.net

" not be undersold"

F WV, INC.



## Pneumatic
# BIKER SEAT
## with Chrome Base

**LARIN**

Comfort, style &
maneuverability
for work or play

Comfortable and cool,
this unique Biker Seat is
great for kicking it and
working on or detailing
your bike!

Whether you're a biker
or not, this seat is a
perfect addition to any
home, garage or shop.
Feel like you're on the
road even when you're
stuck at home or work!

Synthetic, leather
motorcycle seat

360 degree swivel
movement

Heavy duty
chrome plated
aluminum base

Pneumatic,
adjustable height
17" to 23"

5 heavy duty
caster wheels
for easy
maneuverability

**Regularly priced at $299.99**
It can be yours for
only **$199.95**

Shipping & handling included inside U.S.A.*
*(Excluding HI & AK)

For more information or to order:
Call 1-800-87-LARIN or 1-909-923-1399
Mon-Fri 9am - 4pm PST
Master Card & Visa Accepted



**rs**

365 • November 2003

DIE TROTTA'S
LAST OF THE
AMEL SERIES
BIKES

# WHAT'S
# NEW AT
# CUSTOM
# CHROME

## Riding
## Harley's
## na T-Sport

# Sheet
# Metal
# Guide

easyriders.com

$7.99 • Can. $9.99

0928102588 7

EXHIBIT
3

22



Home | Company Info | Contact Us | Show Cart | Links | Returns

**Order Online or Call Anytime 1-888-221-6676**

Enter Keyword or Product #

**Search**

Home > Shop Accessories > Shop Creeper Seats > **Larin Pneumatic Biker Seat**

**Larin Pneumatic Biker Seat**

Comfort, style and maneuverability for work or p

**Features include:**

\* Synthetic leather motorcycle seat

\* 360 degree swivel movement

\* Heavy duty chrome plated aluminum base

\* Pneumatic adjustable height from 17" to 23"

\* 5 Heavy duty caster wheels for easy maneuverability

DMS-1   $135.95   Order

**Shop for Products:**

New Products
Hot Deals
**Auto**
**Truck/SUV**
**RV**
**Motorcycle**
**ATV / UTV**
**Snowmobile**
**Golf**
**Marine**
**Home & Garden**
**Shop Accessories**
**Tools**
**Vehicle Maintenance**
**Hitch & Tow**
**Exide Orbital Batteries**
**Outdoor Gear**

Company Info

**Fax in your Order**
**Email Us**
**Join our e-mail list**

Tech Shop

**Installation Instructions**
**Sizing Charts**

AAIA

**AutoSupplyUSA.com**, Glendale, Ca. 91204
**Order Desk hours:**
24 Hours a Day / 7 Days a Week(Holidays Included)
**Order Line: 1-888-221-6676**
**Customer Service: 1-818-548-7755**
M -F 10am - 4pm PST
**Email:**Sales@AutoSupplyUSA.com

Web Design

http://www.autosupplyusa.com/pneumbikseat.html

7/27/2005

23

# PNEUMATIC BIKER SEAT







*Comfort, style and maneuverability for work or play.*

* *Synthetic leather motorcycle seat*
* *360 degree swivel movement*
* *Heavy duty chrome plated aluminum base*
* *Pneumatic adjustable height from 17" to 23"*
* *5 heavy duty caster wheels for easy maneuverability*

| MODEL | BASE MATERIAL | LIFT RANGE | CASTER WHEELS | UNIT WEIGHT | 40' QTY. |
|-------|---------------|-----------|---------------|-------------|----------|
| DMS-1 | ALUMINUM | 17" TO 23" | 2 ½" DIA. X 5 PCS. | 32 LBS | 336 |

**4**

## LARIN

24

Exhibit A, Page 26





# *Incredible* GARAGE STOOL
## COMFORT, STYLE & MANEUVERABILITY






**LARIN**   *Ideal for garage, home or office*

25

EXHIBIT
4




# GARAGE STOOL
## COMFORT, STYLE & MANEUVERABILITY






**LARIN**

*Ideal for garage, home or office*

EXHIBIT
5





28



For Additional Selections Shop Our Automotive and Hardware Category at samsclub.com

### 183-Piece Channellock® Mechanic's Work Station



37"H x 36"L x 21"D

183-Piece Tool Set Included

- 37"H x 36"L x 21"D
- Professional grade Chrome Vanadium sockets and ratchets
- Tools meet or exceed ANSI requirements for hardness and torque
- 1/2", 3/8" and 1/4" drive quick release 72 teeth ratchets
- Oversize markings on sockets for quick selection
- Removable tool trays with angled recesses, providing easy socket removal
- Rubberized nonslip grips on screw drivers and hex keys
- Stainless steel parts tray with non-marring rubber magnet
- Sliding top cart with 2.3 cu. ft. of storage
- Ball bearing drawer glides
- Large work surface covered with rubber mats
- Security lock for storage area and drawers
- Side bars for additional storage
- 2 rigid and 2 swivel casters with brake
- Lifetime warranty on tools
- 1-year warranty on cart

$198⁷³   #761322

Also Available Online

CHANNELLOCK



Great on tool-business and home use

### Urban Gorilla® Tools Self-Leveling Laser Level

- Contractor grade
- Sets vertical and horizontal lines automatically
- Includes professional grade 48" telescoping tripod
- 360-degree calibrated rotating base
- Includes heavy-duty carrying case

$49⁶³   #757549

Also Available Online

### Larin® Pneumatic Garage Stool

- Interchangeable feet
- Synthetic leather seat
- Easy to maneuver
- Chrome plated
- Can be used as a bar stool

$97⁶⁸   #761329

Also Available Online

Business Member Profile
Business Member: Richard Haussman
Company Name: AMX Enterprise, Ltd.
Address: 2331 W. Northwest Hwy.
Suite 2118
Dallas, Texas
Phone: 1-214-353-8087
Business Member Since: 1995



LARIN

Interchangeable feet to casters

29

Exhibit A, Page 31

# Company Overview



Alltrade Tools LLC is a global leader in the design, manufacturing and marketing of tools and shop equipment. Founded in 1979, the Long Beach, California based firm is privately held, with global manufacturing and sales facilities serving customers on every continent.

The company's mission statement:
**_Alltrade designs, markets and supplies tools and shop equipment that meet and exceed our customers' expectations of quality, service and value, while achieving profits to ensure the Company's and its employees' future growth and development._**

Alltrade offers our customers innovation, flexibility and speed to market.

## Innovation

With nearly 100 patents owned or licensed, Alltrade has earned a well-deserved reputation for innovation. The company's multimillion-dollar annual investment in product development ensures a steady stream of innovative tools and shop equipment that help create excitement and generate sales.

## Flexibility

Alltrade applies market research, industrial design, in-house graphics capability and account-specific sales and marketing resources to ensure retail partners are on the leading edge of new opportunities. This strong foundation gives us the flexibility needed to respond to the needs of a dynamic retail environment.

## Speed to Market

With proven ability to anticipate market and product trends, Alltrade positions our retail partners to capitalize on new products and categories earlier. And our vertical integration and close supplier relationships allow us to take products from concept to store shelf in record time.

## Products

Today, Alltrade offers a single vendor solution for open stock hand tools, air tools, tool sets, mechanics' hand tools, lift equipment, compressors, automotive specialty tools, power tool accessories, garage equipment and multifunction tools. Our brand stable includes well-established company-owned brands such as Alltrade®, Powerbuilt®, Team Mechanix®, Tradespro™ and Toolsmith®, as well as licensed national brands such as Kawasaki®, HOT ROD™ and Michelin®.

Alltrade is a vertically integrated, global enterprise headquartered in a modern facility in Long Beach, California, U.S.A. In addition to our domestic facilities, Alltrade has manufacturing and assembly plants in Taiwan and in China. Fully staffed affiliate operations are also located in Germany, New Zealand and the UK. Our products are sold throughout the United States, Canada, Mexico, Australia, New Zealand, Japan, Germany, England, and the Scandinavian countries.

EXHIBIT
8

30

11:25 AM



home | pay | register | sign in | site map

Start new search    Search
Advanced Search

**Buy** | Sell | My eBay | Community | Help

**Welcome to eBay!**

Find more items similar to: BIKER MOTORCYCLE ADJUSTABLE PNEUMATIC GARAGE WORK STOOL

See all items in: Kitchen Furniture > Bar Stools

Need help?
Take a tour to learn more

Listed in category: Home & Garden > Furniture > Kitchen Furniture > Bar Stools

## BIKER MOTORCYCLE ADJUSTABLE PNEUMATIC GARAGE WORK STOOL

Item number: 220044285140

Buyer or seller of this item? Sign in for your status

Watch this item in My eBay | Email to a friend



View larger picture

*Buy it Now* price:   **US $112.95**   Buy It Now >

End time:   **Nov-11-06 03:43:58 PST**
(1 day 13 hours)

Shipping costs:   **US $40.73**
UPS Ground
Service to 91601, United States

Ships to:   United States

Item location:   New Jersey, United States

Quantity:   10 available

History:   Purchases

You can also:   Watch this item

Get alerts via Text message
or IM
Sell one like this

**Meet the seller**

Seller:   rosie_real ( 4697 ⭐ )
⚡ Power Seller  me

Feedback:   **99.9% Positive**

Member:   since Aug-14-01 in
United States

Read feedback comments

Ask seller a question

Add to Favorite Sellers

**View seller's other items**

**Buy safely**

1. **Check the seller's reputation**
Score: 4697 | 99.9% Positive
Read feedback comments

2. **Check how you're protected**
This item is covered
*PayPal*  up to $1,000 See
eligibility

**Listing and payment details:** Show

*Shop Now,* Pay After the Holidays
Get up to six months of no payments and no interest (if paid in 6 months) on
eBay purchases made with a PayPal Plus or PayPal Buyer Credit account
through December 31, 2006.   See details | **Apply now**

## Description

*Item Specifics - Item Condition*
Condition:   **New**

# *Motorcycle Saddle Stool*
31

EXHIBIT

9



You are considering a BRAND NEW Motorcycle Saddle Stool.

This stool is ideal for use in the garage, game room, bar or computer workstation. It features a removable seat back for lumbar support.

This item is brand new in the package.

32



Features:

- Realistic motorcycle saddle tailored in high-quality leatherette
- "Sissy Bar" style back adjusts for lumbar support
- Seat back is removable
- Seat swivels 360°
- Pneumatic one-hand seat height adjustment
- Seat adjusts from 21" to 31"
- 5 Heavy-duty 2 1/2" ball bearing casters
- Includes optional stationary foot set for indoor use



33







34



35

EXHIBIT

10



36

EXHIBIT

11



37

EXHIBIT

12



EXHIBIT

13

38






# BSBS-2
## Pneumatic Garage Seat
### UPC Code: 008435125442

## MANUAL

### Specifications:
- Pneumatic Adjustable Height Range: 21" to 31"
- 5 Heavy Duty Caster Wheels
- Chrome Plated Aluminum Base with Foot Rest
- Synthetic Leather Motorcycle Seat
- 360° Swivel Seat Movement

### Parts List:

| Part # | Description |
| --- | --- |
| 1 | Synthetic Leather Motorcycle Seat |
| 2 | Chrome Plated Aluminum Base w/5 Wheels |
| 3 | Pneumatic Tube |

### Operating Instructions:
This product is fully assembled. No assembly is necessary. Lift the handle under the seat to adjust the height.

### Changing Casters/Stationary Feet
1. Place seat upside down.
2. Use wrench supplied. **(See Figure A)**
3. Gently place wrench between caster/foot being removed and base of chair, while firmly holding the caster/foot. **(See Figure B)**
4. While continuing to hold the caster/ foot, slowly apply pressure to the wrench, carefully sliding the caster/foot away from the base of the chair. **(See Figure C)**

**Figure A**



**Figure B**



**Figure C**



5. Replace with caster/foot by inserting into position and snapping into place.
6. Return seat to upright position.

### ⚠ Warnings:
- Do not stand on seat
- Do not let children play on/ with the seat
- Do not exceed the 250lb weight capacity
- Once assembled, do not attempt to take this product apart
- Do not expose to heat

**Customer Service:**
**Larin Corporation**
2029 Business Parkway, Ontario, California 91761
**Toll Free Number:** 1-800-87LARIN (1-800-875-2746)
**Phone Number:** 909-923-1399  **Fax Number:** 909-923-0969
**E-Mail:** sales@larincorp.com **Website:** www.larincorp.com

Keep your receipt in a secure, easy to find location for any repairs and/ or replacement parts.

40

**EXHIBIT**
**15**

MODI
#4812

# ALLTRADE®

## SADDLE STOOL
### INSTRUCTION MANUAL



## ALLTRADE®

©COPYRIGHT 2006 ALLTRADE TOOLS, LLC.
1431 VIA PLATA
LONG BEACH, CA 90810-1462 USA
461249 –Saddle Stool ,6/12/06– Tabouret Selle

FOR CUSTOMER SERVICE
**1-800-423-3598**
Printed in China

EXHIBIT

16

**Tools Required for Assembly:**
Adjustable Wrench

**Saddle Stool Assembly**

1) Set base on flat surface.  (Base arrives with casters pre-assembled.)

2) Position footrest ring assembly over center hole in base and line up openings.  (Correct position is with rings on top and star shape on bottom.)

3) Insert widest diameter end of pneumatic seat post assembly through opening on footrest assembly and into the center hole of the base. Post should drop down into large cylindrical chamber.

4) Holding saddle seat assembly over the small diameter of the seat post, line up the post with the placement flange on the underside of the saddle and slide post into saddle base.

5) Standing over saddle, place both hands on saddle top and apply weight and pressure to ensure saddle is firmly seated onto center post.

6) The paddle at the side of the seat will allow you to adjust the height of your stool pneumatically. Raise paddle upward and place weight on seat to lower, or remove your weight from the seat to allow the saddle to rise.

7) If you chose to use your stool indoors as a bar stool, the casters may be removed by grasping each caster and pulling sharply away from base. This will allow you to assemble the optional stationary feet by placing the attachment post into the wheel post housings on the base.

**To Assemble Adjustable Height Sissy-Bar Back:**

1) Find seat back assembly (1) with seat back post pre-assembled to seat back.

2) Align three holes on seat back post (14) with three holes in bottom of saddle (2) and fasten securely with attachment hardware provided.   (10)

3) Using an adjustable wrench, tighten to secure.

⚠ **WARNING!**
• Do not stand on seat.
• This is not a toy.  Do not allow children to use this product without supervision.

---



4 2

**Parts List**

1. Seat back (ships pre-assembled to seat back post)
2. Saddle
3. Saddle bracket (ships pre-assembled to saddle)
4. Saddle bracket attachment Allen screws – 4 pcs (Ships pre-assembled to saddle bracket)
5. Pneumatic seat post assembly
6. Footrest ring assembly
7. Base (ships with casters pre-assembled)
8. Casters (5 pcs) shipped pre-assembled to base
9. Paddle adjuster post and handle (pre-assembled to saddle bracket)
10. M8x15 hardware (3 pcs) attachment hardware for seat-back assembly to saddle (3 pcs)
11. Bracket assembly screws (4 pcs ) ships pre-assembled to seat back bracket
12. Height adjustment set screws (2 pcs – allows height adjustment of seat back to proper position)
13. Seat back bracket (ships pre-assembled to seat back)
14. Seat back post (ships pre-assembled to seat back post)
15. Chromed feet (5 pc for optional use in place of casters)




Search: [          ]

Home | About Us | Privacy Policy | Show Order | Contact Us


Home > Automotive


Larin® Pneumatic Garage Stool

Alltrade Motorcycle Saddle Stool

This stool is perfect for your home, bar or in the garage. It swivels 360 degrees and features wheels and stationary feet.

**Product Features:**

* Seat swivels 360 degrees
* Pneumatic one hand height adjustment
* Seat adjusts from 21" to 31"
* 5 Heavy duty 2-1/2" ball bearing casters
* "Sissy bar" style back adjusts for lumbar support
* Realistic motorcycle saddle tailored in high quality leatherette (imitation leather)
* Includes optional stationary foot set for indoor use
* Seatback is removable
* 1 year warranty from Manufacturer


🔍 Enlarge


🔍 Enlarge

Retail price: ~~$189.99~~
Our price: $129.99
You Save: 30%

Amount: [$139.99]   Qty: [1]

**Select by Brand Name**

**Office Products**
* Office Chairs

**Hardware**
* Floor Care
* Home Decor
* Power Tools
* Out Door

**Personal Care**

**Kitchen Supplies**
* Air & Water Puri
* Coffee Makers
* Cuisinart
* T-Fal Products
* Tramontina Prod
* Wolfgang Puck?
* KitchenAid
* Oster Products

**Seasonal Items**
* Holiday Decorat
* Figurine Sets
* Seasonal Gift Ite

**Supplements**
* Nature's Plus
* Enzymatic
* GenaPharm
* Liddell
* Immune Tree
* Vitamins
* IMMUDYNE
* Walters Bay & C

**Clearance Items**

**Electronics**
* Audio/Video
* Security System

**Automotive**

**Cooling & Heating**
* Fans & AC
* Heaters

**Outdoors & Camp**

**Mr Christmas Iter**

**Toys & Games**
* New Arrivals

**Luggage& Travel**

**HouseWares**

EXHIBIT
17

43

Collection Corner

Toy Collections

Select by Price

view cart    about us    privacy policy    contact us    site map

THANK YOU FOR CHOOSING THE PRIORITY-STORE!
All the best in your endeavor. Sincerely WINTHROP GRAHAM.

Pr
13776 N HWY 183
Austin
PH: 512-219-1439 FAX

info@priority

44

Int. Cl.: 20

Prior U.S. Cls.: 2, 13, 22, 25, 32, and 50

Reg. No. 2,956,240

## United States Patent and Trademark Office

Registered May 24, 2005

## TRADEMARK
### SUPPLEMENTAL REGISTER



LARIN CORPORATION (CALIFORNIA COR-PORATION)
2019 S. BUSINESS PARKWAY
ONTARIO, CA 91761

FOR: -FURNITURE, NAMELY PORTABLE BAR STOOLS, IN CLASS 20 (U.S. CLS. 2, 13, 22, 25, 32 AND 50).

FIRST USE 10-18-2002; IN COMMERCE 10-18-2002.

THE MARK CONSISTS OF THE CURVATURE OF THE SEAT, THE SIDE PANELING OF THE SEAT, THE SECOND INNER RING ON THE FOOT REST, AND THE DECORATIVE VERTICAL LINES ON THE BOTTOM OF THE POST. THE MATTER SHOWN IN DOTTED LINES IN THE DRAWING IS NOT A PART OF THE MARK AND SERVES ONLY TO SHOW THE POSITION OF THE MARK.

SER. NO. 78-400,275, FILED P.R. 4-12-2004; AM. S.R. 12-27-2004.

RONALD MCMORROW, EXAMINING ATTORNEY

EXHIBIT
18

45