Seong H. Kim, State Bar No. 166604
(skim@steptoe.com)
Dylan Ruga, State Bar No. 235969
(druga@steptoe.com)
Steptoe & Johnson, LLP
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067
Telephone: (310) 734-3200
Facsimile: (310) 734-3231

JS-6

Attorneys for Defendants and Counter-Claimants ALLTRADE TOOLS LLC (erroneously sued as "ALLTRADE TOOLS, LLC"), ALLTRADE INC. (erroneously sued as "ALLTRADE, INC."), and ANDRE LIVIAN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARIN CORPORATION,<br><br>        Plaintiff,<br><br>    v.<br><br>ALLTRADE, INC., a California corporation; ALLTRADE TOOLS, LLC, a California limited liability company; ANDRE LIVIAN, an individual,<br>        Defendants. | Case No. EDCV06-1394 ODW (OPx)<br><br>**[PROPOSED] JUDGMENT** |
| ALLTRADE TOOLS LLC, a California limited liability company,<br><br>        Counter-Claimant,<br><br>    v.<br><br>LARIN CORPORATION, a California,<br>        Counter- Defendant. | Judge:    Otis D. Wright II |

**[PROPOSED] JUDGMENT**

It is hereby ORDERED, ADJUDGED AND DECREED that judgment is entered on Plaintiff's complaint in favor of Defendants and against Plaintiff. Plaintiff shall recover nothing from Defendants. Defendants shall have and recover from Plaintiff and/or Plaintiff's counsel the following sums:

1. Attorneys' fees in the amount of $0.00;
2. Court costs in the amount of $ <u>To Be Determined</u>; and
3. Interest on each of the foregoing sums, accruing from the date of this Judgment, at a rate of ten percent (10%) per annum.

DATED: April 21, 2008____  By _____
HON. OTIS D. WRIGHT II.
United Stated District Court Judge

-1-

**[PROPOSED] JUDGMENT**