# UNITED STATES DISTRICT COURT
## Central District of California

Larin Corporation

**BILL OF COSTS**

V.

Case Number: EDCV 06-1394 ODW(OPx)

Alltrade Tools LLC, et al.

Judgment having been entered in the above entitled action on  April 21, 2008  against  Larin Corporation,
                                                               Date

the Clerk is requested to tax the following as costs:

| Item | Amount |
|---|---|
| Fees of the Clerk | $ |
| Fees for service of summons and subpoena (See Tab A) | 347.50 |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case (Expedited or daily transcripts require prior Court Order.)<br>1. Trial Transcripts, if requested by the Court or prepared pursuant to stipulation<br>2. Deposition Transcripts (includes non-expedited transcripts, the reporter's appearance fee, fees for binding, bates stamping, non-expedited shipping & handling, processing fee, ASCII disks, production and code compliance charge, electronic transmission charge, miniscripts and witness handling charges) (See Tab B) | 13,803.97 rb<br>~~16,794.97~~ |
| Fees and disbursements for printing (See Tab C)<br>(The costs of copies of an exhibit attached to a document necessarily filed and served.) | 8,500.00 rb<br>~~10,112.53~~ |
| Fees for witnesses (itemize on page 2 of 3) (See Tab D) | 2,417.90 |
| Fees for exemplification and copies of papers necessarily obtained for use in the case (See Tab E) | 1766.02 rb<br>~~2,817.02~~ |
| Docket fees under 28 U.S.C. 1923 (if incurred) | |
| Costs as shown on Mandate of Court of Appeals | |
| Compensation of court-appointed experts | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 | |
| Other costs to be taxed pursuant to prior Court approval (please itemize) | |
| **TOTAL** $ | ~~32,489.92~~ rb<br>26,835.39 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

### DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was mailed today with postage prepaid to:  ~~Larin Corporation c/o Allen Hyman, Esq.~~

_signature_   Dylan Ruga, Esq.
Signature of Attorney    Name of Attorney

For: Alltrade Tools LLC          Date: 5/6/2008

Name of Claiming Party
Costs are taxed in the amount of   $26,835.39

SHERRi R. CARTER    By: _Robert Bolton_    5/23/08
Clerk of Court        Deputy Clerk ROBERT BOLTON    Date

CV-59 (01/08)    BILL OF COSTS    Page 1 of 3

American LegalNet, Inc.
www.FormsWorkflow.com