1  ALLEN HYMAN, ESQ. (CBN: 73371)
   CHRISTINE COVERDALE, ESQ. (CBN: 195635)
2  LAW OFFICES OF ALLEN HYMAN
   10737 Riverside Drive
3  North Hollywood, California 91602
   P: (818) 763-6289 or (323) 877-3405
4  F: (818) 763-4676
   Email: lawoffah@aol.com
5
   Attorneys for Plaintiff,
6  LARIN CORPORATION

7

8             UNITED STATES DISTRICT COURT

9             CENTRAL DISTRICT OF CALIFORNIA

10

11 LARIN CORPORATION,              ) Case No. EDCV 06-1394 ODW (OPx)
                                   )
12              Plaintiff,         ) **ORDER GRANTING IN PART**
                                   ) **MOTION FOR ORDER [403]**
13      v.                         )
                                   )
14 ALLTRADE, INC., a California    )
   corporation; ALLTRADE TOOLS,    )
15 LLC, a California limited liability )
   company; ANDRE LIVIAN, an       )
16 individual,                     )
                                   )
17              Defendants.        )
                                   )
18 _____ )

19

20      Upon Plaintiff Larin Corporation's ("LARIN") motion for the Court to

21 hold a Status and/or Trial Setting Conference in this matter, and upon good cause

22 appearing, the Court orders as follows:

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

[ALT 1.] The Court orders the parties to submit a joint report as to each of the pre-trial matters, the parties believe require further determination by the Court ten (10) days prior to October 4, 2010, for a conference to be held on **Monday, October 4, 2010 at 1:30 p.m.** The Status Conference will take the place of the motion hearing, which is now moot.

DATED: August 24, 2010

United States District Court Judge

Submitted by:

/s/ Allen Hyman, Esq.
Allen Hyman, Esq.
Attorneys for Plaintiff,
Larin Corporation