ALLEN HYMAN, ESQ. (CBN: 73371)
CHRISTINE COVERDALE, ESQ. (CBN: 195635)
LAW OFFICES OF ALLEN HYMAN
10737 Riverside Drive
North Hollywood, California 91602
P: (818) 763-6289 or (323) 877-3405
F: (818) 763-4676
Email: lawoffah@aol.com

Attorneys for Plaintiff,
LARIN CORPORATION

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARIN CORPORATION,<br><br>              Plaintiff,<br><br>      v.<br><br>ALLTRADE, INC., a California corporation; ALLTRADE TOOLS, LLC, a California limited liability company; ANDRE LIVIAN, an individual,<br><br>              Defendants.<br>_____ | Case No. EDCV 06-1394 ODW (OPx)<br><br>**ORDER MODIFYING THE BRIEFING AND HEARING SCHEDULE ON MOTIONS FOR SUMMARY JUDGMENT** |

Upon the stipulation of the parties, and for good cause appearing, the Court ORDERS AS FOLLOWS:

1.  The parties will file their respective motions for summary judgment on November 22, 2010;

2.  The parties will file their respective Oppositions on December 6, 2010;

3.  The parties will file their respective Replies on December 13, 2010; and

///

H:\ODW\CV\2006\ED 1394 O CONT MSJ HRG 11-15-10.WPD            -1-

1        (d)    The date of the hearing on the parties' motions for summary
2 judgment is continued from December 20, 2010 at 3:00 p.m., to
3 <u>Monday, January 3, 2011</u> at <u>1:30</u> p.m.

4

5

6 DATED: <u>November 15, 2010</u>       _____
                                                   U.S. District Court Judge

7

8 Submitted by:

9 <u>/s/ Allen Hyman, Esq.</u>
   Allen Hyman, Esq.
10 Counsel for Plaintiff

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28